# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| CRAIG DAVIDSON, <br><br> Plaintiff, <br><br> v. <br><br> INTEC PHARMA LTD., JOHN W. KOZARICH, JEFFREY A. MECKLER, BRAD HAYES, HILA KARAH, ANTHONY J. MADDALUNA, ROGER J. POMERANTZ, INTEC PARENT, INC., DILLION MERGER SUBSIDIARY, INC., DOMESTICATION MERGER SUB LTD., and DECOY BIOSYSTEMS, INC., <br><br> Defendants. | Case No. 1:21-cv-00673-LPS |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: July 12, 2021

**RIGRODSKY LAW, P.A.**

By: /s/ *Gina M. Serra*
Seth D. Rigrodsky (#3147)
Gina M. Serra (#5387)
Herbert W. Mondros (#3308)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
Email: gms@rl-legal.com
Email: hwm@rl-legal.com

*Attorneys for Plaintiff*